AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PARKER, JAMES A. | U.S. DISTRICT COURT | 05/02/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.DIST.JUDGE(SENIOR) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

421 Gold Ave., S.W.
ALBUQUERQUE, N.M. 87102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Manager | JPFP ____, LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/02/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/02/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Delta Petroleum | | None | | | Sold | 08/31/12 | J | A | Sold for loss |
| 2. Denver Minerals & Royalty | D | Distribution | N | T | | | | | |
| 3. U.S. Treas Notes | A | Interest | N | T | | | | | |
| 4. CkngAcct.&CDs BkAm-Albuquerque, NM | A | Interest | K | T | | | | | |
| 5. Agency Acct- JPMorgan | A | Interest | | | Donated | | | | |
| 6. Parcel #1, Harris Co., TX (Undivided 50%) | | None | N | S | | | | | |
| 7. Parcel #3, Harris Co., TX (Undivided 50%) | | None | O | S | | | | | |
| 8. Parcel #1,LiveOakCo., TX (Undivided 50%) | D | Rent | N | S | | | | | |
| 9. Parcel #1, Bernalillo Co. NM (Undivided 25%) | | None | K | S | | | | | |
| 10. Parcel #2, Bernalillo Co., NM (Undivided 50%) | | None | K | S | | | | | |
| 11. MINERAL ROYALTY PROPERTIES: | | | | | | | | | |
| 12. LOUISIANA | | | | | | | | | |
| 13. Common Leases, Ascension Parish | A | Royalty | | | Donated | | | | |
| 14. VariousLeases, Placquemine Parish | E | Royalty | | | Donated | | | | |
| 15. TEXAS | | | | | | | | | |
| 16. Dobie Ranch, Live Oak Co. | E | Royalty | N | W | | | | | |
| 17. COLORADO | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. O.R.R.I. & R.I., Weld & Adams Cos. | G | Royalty | P1 | U | | | | | |
| 19. MINERAL WORKING INTERESTS: | | | | | | | | | |
| 20. 4 Wells, Adams Co., CO. | G | Distribution | N | U | | | | | |
| 21. 1 Well, Arapahoe Co, CO. | | None | J | U | | | | | |
| 22. 8 Wells, Washington Co., CO | F | Distribution | N | U | Buy (add'l) | 05/01/12 | M | | ▓▓▓▓ r |
| 23. 12 Wells, Weld Co, CO | F | Distribution | N | U | | | | | |
| 24. 1 Well, Elbert Co., CO | C | Distribution | J | U | | | | | |
| 25. Parcel #1, La Plata Co., CO. (land,cabins,water)(25% int.) | B | Rent | M | S | | | | | |
| 26. Noble Energy | A | Dividend | L | T | | | | | |
| 27. EMC Corp | | None | J | T | | | | | |
| 28. Siemens AG | A | Dividend | J | T | | | | | |
| 29. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 30. Celgene Corp | | None | K | T | | | | | |
| 31. Verizon Global Note | | None | | | Matured | | K | | |
| 32. Bank of America CDs & Accts. (JPFP ▓▓▓ ,LLC) | D | Interest | N | T | | | | | |
| 33. Franklin U.S. Government Securities | D | Interest | N | T | | | | | |
| 34. Templeton Income Global | C | Distribution | M | T | Buy (add'l) | 12/20/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Franklin Large Cap Equity | C | Interest | O | T | Sold (part) | 12/13/12 | N | E | |
| 36. Vanguard Emerging Markets | C | Interest | M | T | | | | | |
| 37. L'Occitane | | None | K | T | | | | | |
| 38. Mile High Flea Market | E | Distribution | M | W | | | | | |
| 39. AFG, LLC | | None | | | Expired | 07/12/12 | J | | |
| 40. Westfield Res. Partners | | None | L | W | Buy (add'l) | 05/09/12 | L | | Westfielf Res. Partners |
| 41. Apple Inc | A | Dividend | K | T | | | | | |
| 42. TEVA Pharmaceutical Inds | A | Dividend | J | T | | | | | |
| 43. JP Morgan Chase | A | Dividend | J | T | | | | | |
| 44. Apex Operating Co., LLC | | None | N | W | Buy | 05/30/12 | N | | Apex Operating Co. LLC |
| 45. Li & Fung Ltd | | None | | | Sold | 12/17/12 | J | A | Sold for loss |
| 46. Hyundai Motor Co | | None | K | T | | | | | |
| 47. Skyworks Solutions Inc | | None | J | T | | | | | |
| 48. Pioneer Oak Ridge Small Cap | | None | J | T | | | | | |
| 49. Franklin Small Cap | A | Dividend | L | T | | | | | |
| 50. ACE Ltd | A | Dividend | K | T | | | | | |
| 51. Prospect Global Resources | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Facebook | | None | | | Buy | 05/22/12 | J | | |
| 53. Facebook | | None | | | Sold | 06/05/12 | J | A | Sold for loss |
| 54. USAA Fund Advisor Account (X) | A | Int./Div. | N | T | | | | | |
| 55. USAA CDs (X) | A | Interest | K | T | | | | | |
| 56. Compass/BBVA check acct. (X) | A | Interest | M | T | | | | | |
| 57. Compass/BBVA trust acct (X) | A | Int./Div. | K | T | | | | | |
| 58. AXA IRA Acct (X) | A | Int./Div. | K | T | | | | | |
| 59. Mineral Int.-- Love, Co. OK; Cook Co., Jefferson Co.,TX (X) | A | Royalty | J | W | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/02/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

During 2012 I made charitable gifts exceeding $1,000.00 in value to University of New Mexico Foundation, Rice University, United Way of Central New Mexico, St. John's Cathedral, Albuquerque Museum Foundation, University of Texas Law School Foundation, Colorado Uplift, Family in Christ Community Church, and Boulder County K-Life.

During 2012 I made gifts exceeding $1,000.00 in value of interests in JPFP LLC

The securities shown on Lines 1,3,26-30,33-37,41-43, 45-50, 52 of Section VII were held during 2012 by Fiduciary Trust International either in an I.R.A. account and/or in a managed account.

The agency account at J.P. Morgan Private Bank (line 5, Section VII) is an account in which             each had an undivided 50% interest. The primary assets for which J.P. Morgan Private Bank is agent are Louisiana mineral royalty properties (Lines 12-14, Section VII). The royalty income received by the Bank is invested in money-market funds which earn interest or dividends in the amount stated on line 5, Section VII. The royalty income from and the values of the mineral properties held in the agency account are stated at lines 13-14 of Section VII. I donated my interest in the Louisiana mineral properties to             at the end of 2012, so my interest in the agency account ended at that time.

Value code S was used for the following properties:

Line 6   Parcel  #1, Harris Co., TX  $556,348  (JPFP, LLC 50%=   $278,174
Line 7   Parcel  #3, Harris Co., TX                $3,049,852  (JPFP, LLC 50%= $1,524,926
Line 8   Parcel  #1, Live Oak Co., TX             $1,498,771  (JPFP, LLC 50%=  $749,385
Line 9   Parcel  #1, Bernalillo Co., NM  $162,900  (JPFP, LLC 25%=   $40,725
Line 10  Parcel  #2  Bernalillo Co., NM  $65,700  (JPFP, LLC 50%=   $37,850
Line 25  Parcel  #1, La Plata Co., Co  $562,070  (JPFP, LLC 25%=  $142,210

During 2012 JPFP        , LLC received a refund for overpayment of state taxes from Louisiana within income code A.

The descriptions on Lines 11, 12, 15, 17 and 19 of Section VII are merely headers.

During 2012 I received a distribution within Value A from the Estate

On Line 22, Section VII of this 2012 Report I have reported 8 wells in Washington Co., Colorado which resulted from the purchase of an additional 3 wells on May 1, 2012.

The Verizon Global Note (shown on Line 31, Section VII) was called and paid in full (Value K, Gain A) on November 28, 2011and should have been reported on my 2011 Report.

The investment in MBH Enterprises (Line 39, Section VII of my 2011 Report) ended with a final payout on 11/01/10. On my 2011 report I showed income from MBH Enterprises that actually was attributable to Mile High Flea Market, a related venture. On my 2012 Report I have identified Mile High Flea Market in place of MBH Enterprises on Line 38, Section VII.

On Lines 52 and 53, Section VII of this 2012 Report I have shown the purchase and sale (within 3 weeks of the purchase) of Facebook stock. This was purchased by an account manager at Fiduciary Trust, where I have an account, without my knowledge. Because of concerns about a potential conflict of interest as a Judge, I directed the sale of this stock as soon as I became aware of the purchase.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ JAMES A. PARKER

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544